ENTERPRISES, INC. v. NEAL

No. 155 PC.

Case below: 29 N.C. App. 78.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976.

HEATH v. BD. OF COMRS.

No. 140 PC.

Case below: 29 N.C. App. 185.

Petition by defendant Bd. of Comrs. for discretionary review under G.S. 7A-31 allowed 17 June 1976.

IN RE WILL OF EDGERTON

No. 154 PC.

Case below: 29 N.C. App. 60.

Petition for discretionary review under G.S. 7A-31 denied 17 June 1976.

JOHNSON v. AUSTIN

No. 163 PC.

Case below: 29 N.C. App. 415.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 June 1976.

KOEHRING CO. v. MARINE CORP.

No. 201 PC.

Case below: 29 N.C. App. 498.

Petition by defendant Indemnity Co. for discretionary review under G.S. 7A-31 denied 21 June 1976.